**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MICHAEL JOHN PISANCHYN, JR.,      :    No. 132 MM 2020
:
Petitioner      :
:
:
v.      :
:
:
THE DISCIPLINARY BOARD OF      :
PENNSYLVANIA AND OFFICE OF      :
DISCIPLINARY COUNSEL,      :
:
Respondent      :

## ORDER

**PER CURIAM**

    **AND NOW,** this 3rd day of November, 2020, the Petition for Review and Application for Leave to File Reply Brief are DENIED.

    Justice Wecht did not participate in the consideration or decision of this matter.